# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 11cv60317 Martinez/White

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

cat / div
Case # _____
Judge _____ Mag _white_
Motn Ifp _yes_ Fee pd $ _____
Receipt # _____

Case 0:11-cv-60317-JEM  Document 1  Entered on FLSD Docket 02/11/2011  Page 2 of 7

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

FILED by ___ D.C.
FEB 11 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Case Number: 08013463 CF 10A

Anthony Stewart
(Enter the full name of the plaintiff in this action)

v.

Sunrise police Department
Hughes James M, Allred Thomas A,
Berryman Marc D, Broksch Michael S,
Bruno Andre, Calvano Michael A,
Carrasquillo Elias, Dorn Robert J.
(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I. **Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: Anthony Stewart

Inmate #: 250800681

Address: North Broward Bureau, P.O. Box 407037, Ft. Lauderdale FL 33340

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: Hughes, James M

is employed as Police officer

at Sunrise police Department

C. Additional Defendants: Allred Thomas A, Berryman Marc D, Broksch Michael S, Bruna Andre, Miller Jr. D, Calvano Michael A, Carrasquillo Elias,

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Dorn Robert J, Goldstein Eric J, Leblanc Bob F, Marill Eddy, Robinson Robby L, Thomas Mark A, Wallace Robert J.

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

Please be advise this complaint is upon Sunrise Police Department and there officers such as: Allred Thomas A, Berryman Marc D, Bicksch Michael S, Bruna Andre, Calvano Michael A, Carrasquillo Elias, Dorn Robert J, Goldstein Eric J, Hughes James M, Leblanc Bob F, Marill Eddy, Miller Jr D, Robinson Robby L, Thomas Mark A, Wallace Robert J; on July 15, 2008 at 13550 W Sunrise Blvd officers operating a Reverse-Sting operation with a confidential informant, who are only selecting Hispanic and African-Americans, such as me J Anthony Stewart and my four Co-defendants Nigel Nicely, Andre Sydney Logan, Norman Terrelonge, and Nerissa Hope, during my incarceation I have obtain other Hispanic such as: Samy Jamil, Melvin Gomez, Alfanso Black, Francisco Meneses, Eris Bermudez, Eorge Delafe, Jorge Ortega, Leoncio Rivas, Abrea Rodriguez, Carlos Martinez Rodriguez, Jorge Martinez, and Carlos Gacia, who have been arrested by these same officers; to my knowledge this deprived me of my right to equal protection of the laws as enjoyed by similarly situated Caucasian citizens of the United States secured to them by the Fourteeth Amendment.

Page 3 of 5

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____
_____
_____
_____
_____
_____

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

Please be advise this is a selective prosecution which deprived me of my right to equal protection of the laws as enjoyed by similarly situated Caucasion Citizens of the united states secured to them by the fourteenth Amendment, Therefore I would like this court to help me retain this right back to me with all respect.

### IV. Jury Demand

Do you demand a jury trial?   (Yes)   No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this \_\_\_11\_\_\_ day of \_\_February_____, 20\_11\_

_____Anthony Stewart_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: \_\_11/2/2011_____

_____Anthony Stewart_____
(Signature of Plaintiff)

Anthony Stewart
#250800681
Po Box 407037
Ft. Lauderdale FL 33340